IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE WILLIAMS, on behalf of herself and all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | |
| ENTERPRISE HOLDINGS, INC. f/k/a Enterprise Rent-A-Car, EAN SERVICES, LLC and ENTERPRISE LEASING COMPANY OF PHILADELPHIA, LLC, | : : : : : | NO. 12-05531 |
| Defendants. | : | |

## ORDER

**AND NOW**, this *20th* day of *March*, 2013, upon consideration of the Motion by Defendants Enterprise Holdings Inc., EAN Services LLC, and Enterprise Leasing Company of Philadelphia LLC to dismiss Plaintiff Julie Williams breach of contract and unjust enrichment claims (Docket No. 13), the Response of Plaintiff (Docket No. 16), and Defendants' Reply Brief (Docket No. 17), it is hereby **ORDERED** that the Motion is **GRANTED** and this case is **DISMISSED** in its entirety. This case is now closed.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.